IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TAPRINA MCCLAIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:17-CV-264-WKW |
| | ) | [WO] |
| HOUSING AUTHORITY OF | ) | |
| THE CITY OF DOTHAN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 24.) There being no timely objection filed to the Recommendation, and based on a review of the record, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 24) is ADOPTED;

2. Plaintiff Taprina McClain's motion for preliminary injunction (Doc. # 1) is GRANTED to the extent that she promptly be afforded a Section 8 termination proceeding that allows an independent determination of damages to the unit and a determination of whether such damages should, under the applicable regulations, result in the termination of her benefits; and

3. This action is REFERRED back to the Magistrate Judge for further proceedings.

DONE this 11th day of July, 2017.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE